

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2022

No. 04-22-00576-CV

George **NAVARRO**,
Appellant

v.

Rebecca **HERNANDEZ** and Kristan Hernandez,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI07366
Honorable Monique Diaz, Judge Presiding

## O R D E R

The clerk's record is due on November 14, 2022. On September 19, 2022, the trial court clerk filed a Notification of Late Record stating appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court **no later than September 30, 2022** that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court